THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Patrick J. Williams,
 Robert A. Bates, Sr., Linda R. Bates, Mike Sheldon, and Carol Sheldon, Appellants,
 
 
 

v.

 
 
 
 South Carolina
 Department of Health and Environmental Control and Bolen Turkey Farm, Respondents.
 
 
 

Appeal From Administrative Law Court
 Ralph K. Anderson, III, Administrative
Law Court Judge

Unpublished Opinion No. 2011-UP-341
Heard June 7, 2011  Filed June 29, 2011    

AFFIRMED

 
 
 
 Robert  Guild, of Columbia, for Appellants.
 Michael P. Horger and Stephen P.
 Hightower, of Columbia, for Respondents.
 
 
 

PER CURIAM: In this contested permit case, the Appellants argue
 the South Carolina Department of Health and Environmental Control (the
 Department) failed to properly carry out its regulatory mandate in issuing
 Bolen Farm a permit to construct and operate an agricultural animal facility.  We
 find no error of law in the Department's decision to issue Bolen Farm's permit,
 and therefore affirm pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  S.C. Code Ann. § 1-23-610(B) (Supp. 2010) (providing the standard
 of review for decisions of the Administrative Law Court (ALC)); Original
 Blue Ribbon Taxi Corp. v. S.C. Dep't of Motor Vehicles, 380 S.C. 600, 604,
 670 S.E.2d 674, 676 (Ct. App. 2008) ("The decision of the [ALC]
 should not be overturned unless it is unsupported by substantial evidence or
 controlled by some error of law."); Id. at 605, 670 S.E.2d at 676 ("Substantial
 evidence, when considering the record as a whole, would allow reasonable minds
 to reach the same conclusion as the [ALC] and is more than a mere scintilla of
 evidence.").  
AFFIRMED.
FEW, C.J. PIEPER and LOCKEMY, JJ., concur.